District Judge James L. Robart
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EBRIMA **JOOF**,
(Agency #A 98-174-499),

Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; A. NEIL CLARK, Seattle Field Office Director for Detention and Removal Operations, U. S. Immigration and Customs Enforcement; and WARDEN of Immigration Detention Facility,

Respondents.

No. C05-01115-JLR-MAT

ORDER ON STIPULATION FOR DISMISSAL

The parties having stipulated and agreed that the Petitioner has been released from DHS/ICE detention under an Order of Supervision and that this habeas corpus proceeding has become moot and may be dismissed without prejudice,

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 20th day of September, 2005.

s/James L. Robart

_____

JAMES L. ROBART
United States District Judge

ORDER ON STIPULATION FOR DISMISSAL - 1
C05-01115-JLR-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Recommended for Entry
this  19th  day of September, 2005.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

*s/Priscilla Chan*
PRISCILLA CHAN
WSBA # 28533
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: priscilla.chan@usdoj.gov
Attorney for Respondents

ORDER ON STIPULATION FOR DISMISSAL  -  2
C05-01115-JLR-MAT

UNITED  STATES  ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970